**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| In re:<br><br>Grace A. Greer,<br>    Debtor<br>WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOTINDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST<br>    Movant<br>v.<br>Grace A. Greer<br>        Debtor/Respondent<br>Michael D. Greer<br>        Co-Debtor/ Respondent<br>Scott F. Waterman, Esquire<br>        Trustee/Respondent | Bankruptcy No. 23-11001-pmm<br><br>Chapter 13 |

## ORDER OF COURT

AND NOW, upon consideration of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOTINDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally ~~terminated~~ modified with respect to WILMINGTON SAVINGS FUND SOCIETY,

23-11001-pmm
21-062533
MFR

FSB, D/B/A CHRISTIANA TRUST, NOTINDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST; and it is further

ORDERED, that WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOTINDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 4807 Wentzel Ave, Temple, PA 19560, including without limitation a sheriff's sale of the property, and it is further

~~ORDERED that WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOTINDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.~~

BY THE COURT

**Date: February 23, 2024**

*Patricia M. Mayer*
Hon. Patricia M. Mayer
U.S. Bankruptcy Court Judge